# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 26-5156** **September Term, 2025**

**1:26-cv-00696-RDM**

**Filed On: August 17, 2026**

Amica Center for Immigrant Rights, et al.,

Appellees

v.

Executive Office for Immigration Review, et al.,

Appellants

**O R D E R**

Upon consideration of the joint stipulation of voluntary dismissal, it is

**ORDERED** that the Clerk note on the docket that this case is dismissed. No mandate will issue.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Francis A. Walter
Deputy Clerk